# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
 )
Harris Corporation )  ASBCA No. 61840
 )
Under Contract No. N00024-07-C-6311 *et al.* )

APPEARANCES FOR THE APPELLANT: Steven M. Masiello, Esq.
 Gale R. Monahan, Esq.
 Dentons US LLP
 Denver, CO

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
 DCMA Chief Trial Attorney
 Srikanti Schaffner, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 3, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61840, Appeal of Harris Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals